MIFFLIN COUNTY SCHOOL DISTRICT,
Respondent (Two Cases).

Nos. 0716, 0717 Middle District
Allocatur Docket 1996.

Supreme Court of Pennsylvania.

July 15, 1997.

Lester H. Zimmerman, Jr., Lewistown, for Petitioner.

### *ORDER*

PER CURIAM.

AND NOW, this 15th day of July, 1997, the Petition for Allowance of Appeal is denied.

NEWMAN, J., did not participate in the consideration or decision of this matter.

### *ORDER*

PER CURIAM.

AND NOW, this 15th day of July, 1997, the Petition for Allowance of Appeal is GRANTED but LIMITED to the following issues:

(1) Is there substantial evidence supporting Petitioner's discharge for improper conduct?

(2) If the Commonwealth Court properly held that substantial evidence supports Petitioner's discharge, should it have remanded the case to the trial court to address Petitioner's estoppel argument?

NEWMAN, J., did not participate in the consideration or decision of this matter.

STONEHEDGE SQUARE LIMITED
PARTNERSHIP, Respondent,

v.

MOVIE MERCHANTS, INC., d/b/a
Movie Merchants, Petitioner.

Supreme Court of Pennsylvania.

July 18, 1997.

Jordan D. Cunningham and Edwin A.D. Schwartz, Harrisburg, for Petitioner.

### *ORDER*

PER CURIAM:

AND NOW, this 18th day of July, 1997, the Petition for Allowance of Appeal is hereby GRANTED BUT LIMITED to the following:

Whether the Superior Court's decision to rely on this Court's decision in *Auer v. Penn*, 99 Pa. 370 (1882) was improper?